# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00246-CV

**In re Kirk Wayne McBride, Sr.**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's actions in his 1995 criminal case. *See* Tex. R. App. P. 52.8. Having reviewed the petition and record provided, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:  May 14, 2010